**96–2143. State ex rel. Blue Cross & Blue Shield of Ohio v. Montgomery.**
In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted; motion to expedite denied.

DOUGLAS, J., would grant the motion to expedite.

**96–2165. Mancino v. Tracy.**
Board of Tax Appeals, No. 95–A–891. On motion to consolidate case with 96–2176, *Mancino v. Tracy,* Board of Tax Appeals, No. 95–A–981. Motion granted.

**96–2275. State v. McCoy.**
Tuscarawas App. No. 94AP090062. On motion for leave to file delayed appeal. Motion denied.

**96–2330. State v. Estep.**
Ross App. No. 94CA2072. On motion for leave to file delayed appeal. Motion denied.

RESNICK, J., dissents.

**96–2334. Winchell v. Burch.**
Portage App. No. 95P0150. On review of order certifying a conflict. The court determines that a conflict exists; the parties are to brief the issue stated in the court of appeals' Judgment Entry filed October 8, 1996:

"[W]e conclude that the judgment of the Second Appellate District [in *Falls Homeowners' Assn., Inc. v. Aveyard* (July 27, 1994), Montgomery App. No. 14250, unreported, 1994 WL 409626] is in conflict with this court's judgment in *Winchell.* Appellants' motion to certify the conflict is granted and we, hereby, certify the following rule of law to the Supreme Court of Ohio:

"The expansion of a condominium unit owner's limited common area deck or other structure onto common area land does not alter the percentage of interest in the common areas and facilities of each unit and therefore does not require an amendment to the declaration unanimously approved by all unit owners affected, pursuant to R.C. 5311.04(D). Such an expansion merely changes the appearance of that part of the common area without diminishing the amount of each unit's interest in the land, and thus, this change may be approved by the Board of Directors of the Association only."

F.E. SWEENEY, J., dissents.

**96–2346. State v. Getsy.**
Trumbull C.P. No. 95CR399. On motion for appointment of counsel. Motion granted.

**96–2362. State v. Smith.**
Tuscarawas App. No. 96AP070057. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and RESNICK, J., dissent.

**96–2382. State v. Allen.**
Miami App. No. 95CA70. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**96–2410. State v. Geneva.**
Tuscarawas App. No. 95AP030011. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and STRATTON, JJ., dissent.

**96–2411. State v. Dillon.**
Monroe App. No. 725. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**96–2415. State v. Allen.**
Montgomery App. No. 15162. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and STRATTON, J., dissent.

**96–2417. State v. Mack.**
Franklin App. No. 94APA07–992. On motion for leave to file delayed appeal. Motion denied.

**96–2440. State v. Ramos.**
Ashtabula App. No. 96CA0008. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS and F.E. SWEENEY, JJ., dissent.